1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ALLEN HAMMLER,                          Case No.  2:22-cv-01252-KJM-JDP (PC)

12                 Plaintiff,

13         v.                                 ORDER

14    REGINA JOHNSON, *et al.*,

15                 Defendants.

16

17         Plaintiff has filed a motion for an extension of time to file objections to the April 5, 2023

18    findings and recommendations.  ECF No. 13.  Good cause appearing, it is hereby ORDERED

19    that:

20         1.  Plaintiff's motion for an extension of time, ECF No. 13, is granted.

21         2.  Plaintiff is granted until June 1, 2023 to file objections to the April 5, 2023 findings

22    and recommendations.

23

24    IT IS SO ORDERED.

25

26    Dated:    May 1, 2023                    _____

27                                             JEREMY D. PETERSON
                                               UNITED STATES MAGISTRATE JUDGE
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28