UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>   Plaintiff,<br><br>   v.<br><br>REGINA JOHNSON, *et al.,*<br><br>   Defendants. | Case No. 2:22-cv-01252-KJM-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 30 |

Plaintiff has filed his second request for an extension of time to file an amended complaint pursuant to the court's order of May 2, 2024. ECF No. 30. Good cause appearing, the request will be granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 30, is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. No further extensions of time will be granted.

IT IS SO ORDERED.

Dated: __July 18, 2024__

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE